# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT CASH and GLADYS CASH,<br>      Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br>      Defendant. | 1:15-cv-2439<br><br>Hon. John E. Jones III |

## ORDER

**March 20, 2019**

In conformity with the memorandum filed on this date, it is hereby

**ORDERED:**

1. The Report and Recommendation of Magistrate Judge Saporito, (Doc. 49), is **ADOPTED** in its entirety.

2. Defendant's Motion to Dismiss, (Doc. 43), is **GRANTED**.

    a. Plaintiffs' tax refund claims with respect to tax years 2016 and 2017 are **DISMISSED without prejudice** for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and

    b. Plaintiffs' tax refund claims with respect to tax years 2014 and 2015 are **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

1

3. Plaintiffs' cross Motion for Summary Judgment, (Doc. 33), is **DENIED as moot**.

4. The Clerk of Court **SHALL CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge
