```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


: : : : : : : : : : : : :

ROBERT & GLADYS CASH,        : Case No. 1:15-cv-2439
                               (Hon. John E. Jones III)
                             :
        Plaintiffs,
                             :
vs.
                             :
INTERNAL REVENUE SERVICE,
et al.,
                             :

        Defendants.          :

: : : : : : : : : : : : :
```

**FILED**
HARRISBURG, PA

APR 02 2019

PER _____
DEPUTY CLERK

## NOTICE OF APPEAL

Notice is hereby given that Robert and Gladys Cash, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from an Order, dismissing plaintiffs' complaint for lack of subject matter jurisdiction and failing to state a claim upon which relief can be granted, and denying plaintiffs' cross-motion for summary judgment, entered in this action on March 20, 2019.

_____
Gladys Cash, Pro Se

_____
Robert Cash, Pro Se
43 Cook Road
Duncannon, PA   17020


Dated: April 1, 2019

April 1, 2019

CERTIFIED MAIL

Office of Clerk of Court
U.S. District Court for the
 Middle District of Pennsylvania
Ronald Reagan Federal Bldg. &
 U.S. Courthouse
228 Walnut Street
Harrisburg, PA   17101

**FILED**
HARRISBURG, PA

APR 0 2 2019

PER _____
DEPUTY CLERK

    RE:   Cash v. IRS, et al.
           Civ. Action No.:  1:15-CV-2439

Dear Sir/Madam:

Enclosed please find the original and two copies of Plaintiffs' Notice of Appeal from the Order entered in this matter on March 20, 2019. Also enclosed please find Plaintiffs' check in the amount of $505.00 in payment of the applicable filing fee.

Sincerely,

Robert Cash
43 Cook Road
Duncannon, PA   17020
(717) 834-5367
cashrj@AOL.com

encl.
cc:   Kyle L. Bishop, USDOJ (w/encl.)

```
Court Name: District Court
Division: 1
Receipt Number: 111023560
Cashier ID: bdanilow
Transaction Date: 04/02/2019
Payer Name: ROBERT CASH
------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ROBERT CASH
 Case/Party: D-PAM-1-15-CV-002439-001
 Amount:         $505.00
------------------------------
Paper Check Conversion
 Check/Money Order Num: 212
 Amt Tendered: $505.00
------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00


Only when bank clears the check or
verifies credit of funds is the fee
or debt officially paid or
discharged. A fee of $53.00 will be
charged for returned checks.
```

Cash
43 Cook Rd.
DUNCANNON, PA 17020





7014 0150 0002 2462 5245

Office of Clerk of Court
U.S. District Court for the
 Middle District of PA
Ronald Reagan Fed. Bldg. &
 U.S. Courthouse
228 Walnut St.
Harrisburg, PA 17101

